FILED

01/16/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0291

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA-23-0291

LITTLE BIG WARM RANCH, LLC,
LARRY H. SMITH and MARK FRENCH

     Appellants/Cross Appellees,

    v.

WILFRED L. DOLL and CHERI L. DOLL,

    Cross-Appellants/Appellees.

LEVI DOLL and SHEILA DOLL,

    Intervenors.

**ORDER**

Upon consideration of Appellants' second motion for an extension to file their reply and response to the cross-appeal,

IT IS HEREBY ORDERED that Appellants are given an extension of time until February 7, 2024, to prepare, file and serve Appellants' reply brief and response to Cross-Appellants' opening brief.

No further extensions will be granted.

cc:    Hertha Lund, Monica Tranel, L. Randall Bishopp

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 16 2024